[No. 11339–2–II.   Division Two.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RICK RAY MASON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00397–3, Barbara D. Johnson, J., entered July 30, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 11443–7–II.   Division Two.   April 17, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. DANIEL D. YESBERGER, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 87–1–00024–0, David R. Draper, J., entered September 28, 1987. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 9246–1–III.   Division Three.   April 18, 1989.]

*In the Matter of* PHILLIP A. KENNEMORE.

Appeal from a judgment of the Superior Court for Klickitat County, No. 15271, Ted Kolbaba, J., entered March 11, 1988. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 9356–5–III.   Division Three.   April 18, 1989.]

KEN SCHULTZ PAINTING & WALLCOVERING, INC., *Appellant,* v. AETNA INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–2–01918–1, George T. Shields, J., entered May 27, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.